IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
MAY 2 2 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RONALD COMBS, Defendant. | CRIMINAL NO. 13-30107-MJR<br><br>Title 21, United States Code,<br>Sections 841(a)(1) and 841(b)(1)(B)(i) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Possession with Intent to Distribute Heroin

On or about November 30, 2011, in St. Clair County, Illinois, within the Southern District of Illinois,

**RONALD COMBS,**

defendant herein, did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture or substance containing heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

A TRUE BILL

FOREPERSON

_____
DONALD S. BOYCE
Assistant United States Attorney

_____
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: Detention