IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-CR-30107-MJR |
| ) | |
| RONALD COMBS, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION FOR SENTENCE REDUCTION**

REAGAN, District Judge:

In April 2014, the United States Sentencing Commission submitted to Congress a *proposed* amendment which would revise the federal sentencing guidelines applicable to drug trafficking offenses (reducing by two levels the offense levels for drug quantities that trigger statutory mandatory minimum penalties, resulting in lower guideline ranges for many drug-trafficking crimes). The amendment is referred to as the 2014 Drug Guidelines Amendment or simply "Amendment 782."[1]

Congress has until November 1, 2014 to act on the proposed amendment. Congress could modify or reject Amendment 782. If Congress lets Amendment 782 stand as is, then incarcerated individuals to whom the amendment applies will be able to move for sentence reductions starting November 1, 2014. **No motion can be filed before November 1, 2014.**[2] Any motion filed before November 1, 2014 is premature, as it is uncertain whether Amendment 782 will take effect.

Accordingly, the Court **DENIES** as prematurely-filed Defendant's August 20, 2014 Motion for Two-Level Drug Reduction pursuant to Amendment 782 (Doc. 33).

It is anticipated that *if* Amendment 782 takes effect on November 1, 2014, the Chief Judge of this District Court will issue an Administrative Order explaining how

---

[1] In July 2014, the Sentencing Commission decided to give retroactive effect to the proposed amendment, if it does become effective on November 1, 2014.

[2] Assuming the proposed amendment takes effect as drafted on November 1, 2014, any motions that are granted pursuant to the amendment cannot order release of a defendant any earlier than November 1, 2015.

motions seeking Amendment 782 reductions will be handled. A copy of that Administrative Order will be provided to defendants/movants who file proper motions on or after November 1, 2014.

IT IS SO ORDERED.

DATED September 4, 2014.

s/ *Michael J. Reagan*
Michael J. Reagan
United States District Judge
